UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TARIQ BELT, :
:
    Petitioner : No. 3:CV-13-2091
:
vs. : (Judge Nealon)
:
SCOTT FISHER, et al., :
:
    Respondents :

## ORDER

**AND NOW, THIS 8th DAY OF AUGUST, 2013**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed in forma pauperis (Doc. 2) is **GRANTED** for sole purpose of filing the petition for writ of habeas corpus.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk of Courts is directed to **CLOSE** this case.

                    /s/ William J. Nealon
                    **United States District Judge**

FILED
SCRANTON

AUG - 8 2013

PER _____
    DEPUTY CLERK