UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TARIQ BELT,                          :
                                     :
            Petitioner               :    No. 3:CV-13-2091
                                     :
      vs.                            :    (Judge Nealon)
                                     :
SCOTT FISHER, et al.,                :
                                     :    **FILED**
            Respondents              :    **SCRANTON**

                                          DEC 1 3
            **ORDER**                     PER _____ /s/
                                                DEPUTY CLERK

   **NOW, THIS 13th DAY OF DECEMBER, 2013,** for the reasons set forth in

the memorandum issued this date, **IT IS HEREBY ORDERED THAT** Plaintiff's

motion for reconsideration of this Court's August 9, 2013 Memorandum and Order

dismissed the petition for writ of habeas corpus, without prejudice to any right he may

have to assert his present claims via his pending appeal, or by filing a § 2255 petition

granting Defendants' motion to dismiss, (Doc. 5), is **DENIED.**


                                     _____
                                     **United States District Judge**